IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KEEHI MARINE, INC.,           )        CIVIL NO. 14-00411 LEK-RLP
                             )
        Plaintiff,           )
                             )
    vs.                      )
                             )
VIDA MIA, O.N. 229011, HER   )
ENGINES, MACHINERY,          )
FURNITURE, EQUIPMENT, AND     )
APPURTENANCES, IN REM,       )
JOHN LAUGHTER AND            )
CHAUNCEY FOX, IN             )
PERSONAM,                    )
                             )
        Defendants.          )
_____      )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

        Findings and Recommendation having been filed and served on all parties

on March 23, 2015, and no objections having been filed by any party,

        IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO GRANT PLAINTIFF KEEHI MARINE, INC.'S

MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

AGAINST DEFENDANT VIDA MIA, O.N. 229011 AND ALL CLAIMANTS

WHO HAVE NOT FILED A STATEMENT OF RIGHT/INTEREST AND/OR

INTERVENED," docket entry no. 43, are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 7, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**KEEHI MARINE, INC. VS. IDA MIA, O.N. 229011, ET AL; CIVIL 14-00411 LEK;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**