IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEEHI MARINE, INC., | ) | CIVIL NO. 14-00411 LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| VIDA MIA, O.N. 229011, HER ENGINES, MACHINERY, FURNITURE, EQUIPMENT, AND APPURTENANCES, <u>IN REM</u>, JOHN LAUGHTER AND CHAUNCEY FOX, <u>IN PERSONAM</u>, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 10, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Entry Of Default Judgment against John Laughter And Chauncey Fox", (ECF NO. [76]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 27, 2016.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**KEEHI MARINE, INC. VS. VIDA MIA, O.N. 229011, ET AL; CIVIL 14-00411 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**